## CHASE v. RIES et als

Where, in an action on an appeal-bond, conditioned to pay the judgment appealed from if the same should be affirmed by the Appellate Court, it appeared that the judgment appealed from was reversed, with directions to enter a different judgment: *Held*, that the conditions of such bond were not broken, and that no action would lie thereon.

APPEAL from the District Court of the Fourteenth Judicial District, County of Sierra.

*Vanclief and Stewart* for Appellants.

*R. H. Taylor* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., and FIELD, J., concurring.

This is an action on an appeal-bond, executed by defendants, conditioned to pay the judgment appealed from, if the same should be affirmed by the Appellate Court.

·It appears, from the record, that the judgment appealed from was reversed, with directions to the Court below to enter a dif-

ferent judgment, consequently no liability attached to defendants under the conditions of the bond.

Judgment affirmed.